FILED

FEBRUARY 27, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| JENNIFER CHANDLER, )<br>MACKENZIE WILLIAMS, )<br>ANTHONY and LORRAINE RAIA )<br> )<br>Plaintiffs, )<br> )<br> )<br> )<br> )<br>VS. )<br> )<br>AMERIQUEST MORTGAGE COMPANY, )<br>DEUTSCHE BANK NATIONAL TRUST )<br>COMPANY, N.A., as Trustee of )<br>AMERIQUEST MORTGAGE SECURITIES, )<br>INC., Asset Backed Pass Through Certificates, )<br>Series 2004-R7 Under the Pooling and Servicing )<br>Agreement, Without Recourse, AMC )<br>MORTGAGE SERVICES, INC., )<br>CITI FINANCIAL MORTGAGE COMPANY, )<br>WELLS FARGO BANK N.A., as Trustee of )<br>PARK PLACE SECURITIES, INC., Asset )<br>Backed Pass Through Certificates Series 2004- )<br>MCW1, and DOES 1-5 )<br> )<br> )<br> )<br>Defendants )| C.A. 07-00310<br><br>(Originally CA-06-11779 (MA))<br><br>(Transferred to Judge Aspen for<br>Pretrial proceedings under MDL<br>#1715, Lead Case #05 C 7097 |

---

## AMENDED COMPLAINT

### INTRODUCTION

1.  This action seeks redress against Ameriquest Mortgage Company (hereinafter

"Ameriquest") and Deutsche Bank National Trust Company, N.A. (hereinafter "Deutsche

Bank"), as Trustee of Ameriquest Mortgage Securities, Inc., as well as from Wells Fargo Bank,

N.A., as Trustee of Park Place Securities Inc., and Citi Financial Mortgage Company for

violations of the Truth in Lending Act, 15 U.S.C. § 1601 et seq. ("TILA") and implementing

Federal Reserve Board Regulation Z, 12 C.F.R. part 226 (hereinafter "Regulation Z"), and it's

Massachusetts counterparts, Massachusetts Consumer Credit Cost Disclosure Act, Mass. G.L. ch.

140D and 209 C.M.R. part 32. (hereinafter "MCCDA").

## JURISDICTION AND VENUE

2.  This Court has subject matter jurisdiction over this action under 15 U.S.C. §1640

(TILA), and 28 U.S.C. §§1331 (general jurisdiction),1332 (diversity jurisdiction) and 1337

(interstate commerce).

3.  Venue in this District is proper under 28 U.S.C. § 1391(b) and (c) because Defendants

conduct  business in this District.  Defendants are therefore deemed to reside in this District

under 28 U.S.C. § 1391( c).

## PARTIES AND FACTS

### FACTS RELATING TO PLAINTIFF JENNIFER A. CHANDLER

4.  Plaintiff Jennifer A. Chandler resides at 20 Village Street, South Easton, MA 02375.

5.  On or about October 12, 2005 Plaintiff Jennifer A. Chandler obtained a loan from

Ameriquest, secured by her residence, for the purpose of debt consolidation.  All of the proceeds

of the loan were used for personal, family or household purposes.

6.  In connection with the transaction, Plaintiff Jennifer A. Chandler received or signed

the following documents:

2

1. A note in the principal amount of $84,000;

2. A mortgage;

3. A Truth in Lending statement;

4. A notice of right to cancel, attached as Exhibit 1;

5. A One Week Cancellation Period form; attached as Exhibit 2; and

6. A HUD-1 Settlement Statement.

7. On or about August 30, 2006 Plaintiff Jennifer A. Chandler exercised her extended right to rescind the loan for violations of TILA. A notice of rescission was sent to Ameriquest. A Copy of the notice is attached as Exhibit 3.

8. Ameriquest has acknowledged receipt of the notice of rescission but refused to honor the request alleging that Plaintiff received accurate disclosures under the TILA.

## FACTS RELATING TO PLAINTIFF MACKENZIE WILLIAMS

9. Plaintiff Mackenzie Williams resides at 235-237 Wood Ave., Boston, MA 02136.

10. On or about May 21, 2004 Plaintiff Mackenzie Williams obtained a loan from Ameriquest, secured by his residence, for the purpose of debt consolidation. All of the proceeds of the loan were used for personal, family or household purposes.

11. In connection with the transaction, Plaintiff Mackenzie Williams received or signed the following documents:

1. A note in the principal amount of $385,000;

2. A mortgage;

3. A Truth in Lending statement;

4. A notice of right to cancel, attached as Exhibit 4;

5. A One Week Cancellation Period form; attached as Exhibit 5; and

6. A HUD-1 Settlement Statement.

12. On or about September 18, 2006  Plaintiff Mackenzie Williams exercised his extended right to rescind the loan for violations of TILA.  A notice of rescission was sent to Ameriquest.  A Copy of the notice is attached as Exhibit 6.

## FACTS RELATING TO PLAINTIFF ANTHONY and  LORAINNE RAIA

13.  Plaintiffs Anthony Raia and Lorainne Raia reside at 38 Eleventh Ave., Haverhill, MA 01830.

14.  On or about April 3, 2004 Plaintiffs Raia obtained a loan from Ameriquest, secured by their residence, for the purpose of debt consolidation.  All of the proceeds of the loan were used for personal, family or household purposes.

15.  In connection with the transaction, Plaintiffs Raia received or signed the following documents:
1. A note in the principal amount of $322,500;
2. A mortgage;
3. A Truth in Lending statement;
4. A notice of right to cancel, attached as Exhibit 7;
5. A One Week Cancellation Period form; attached as Exhibit 8; and
6. A HUD-1 Settlement Statement.

16.  On or about July 17, 2006  Plaintiffs Raia exercised their extended right to rescind the loan for violations of TILA.  A notice of rescission was sent to Ameriquest.  A Copy of the notice is attached as Exhibit 9.

17.  Ameriquest has acknowledged receipt of the notice of rescission but refused to honor the request alleging that Plaintiffs received accurate disclosures under the TILA.

4

## DEFENDANTS

18.  Defendant Ameriquest is a National corporation with its principle place of business at 1100 Town and Country Road, Suite 900, Orange, CA 92868.

19.  Ameriquest enters into more than 5 transactions per year in which credit is extended that is secured by the principal residence of a consumer and is used for purposes other than the initial acquisition or construction of the residence.

20.  Ameriquest is therefore a creditor as defined in TILA and implementing Federal Reserve Board Regulation Z.

21.  Ameriquest is what is commonly known as a "subprime" lender, targeting persons who have or who believe they have impaired credit.

22.  Defendant AMC Mortgage Services, Inc. Is a foreign corporation which does business in Massachusetts. It is an affiliate of Ameriquest. Its registered agent and office are National Registered Agents, Inc., 303 Congress St., 2nd. Fl., Boston, MA 02110.

22.  Defendant AMC Mortgage Services, Inc. an affiliate of Ameriquest Mortgage Company, services loans originated by Ameriquest Mortgage Company, and claims an interest in such loans, including the right to receive payments thereunder. It is joined as a necessary party.

23.  Defendant Deutsche Bank, is a federally chartered bank located at 60 Wall Street, New York, NY 10005. On information and belief, it holds legal title to plaintiff Mackenzie Williams' loan, as trustee.

5

24.  Defendant Ameriquest Mortgage Securities, Inc., an affiliate of Ameriquest Mortgage Company, is a foreign corporation which transacts business in Massachusetts. It is the beneficial owner of some loans originated by Ameriquest Mortagage Company, including Plaintiff William Mackenzie. It is located at 1100 Town & Country Road, Suite 1100, Orange, CA 92868.

25.  Defendant CitiFinancial Mortgge Company is a foreign coporation  with its headquarters in Baltimore, MD. Upon information and belief, it is the beneficial legal holder and assignee of some loans originated by Ameriquest Mortgage Company, relative to the following Plaintiff: Jennifer Chandler. It is joined as a necessary party.

26.  Defendant Park Place Securites, Inc., is a foreign corporation which does business in Massachusetts. Its registered agent and office are CT Corporation System, 101 Federal St., Boston, MA 02110. Upon information and belief, it is the beneficial legal holder and assignee of some loans originated by Ameriquest Mortgage Company, relative to the following Plaintiffs: Anthony and Loraine Raia. It is joined as a necessary

27.  Defendant Wells Fargo Bank N.A., is a foreign corporation whose Legal Department is located at 1 Home Campus, MAC X2401-067, Des Moines, IA 50328. On information and belief, it holds legal title to plaintiffs Anthony and Loraine Rais' loan, as trustee.


## COUNT I - TRUTH IN LENDING ACT AND/OR  MCCDA

28 .  Plaintiffs incorporate ¶¶ 1-17 as if fully set out herein.

29.  Because all of the refinance transactions referenced herein were secured by Plaintiffs'

home, and were not entered into for purposes of the initial acquisition or construction of that home, they were subject to the right to cancel provided under the MCCDA and or 15 U.S.C. §1635 and 12 C.F.R. §226.23.

30. The copies of the notice of right to cancel actually delivered to each of the Plaintiffs referenced herein were materially confusing and therefore, defective in that they did not specify the date of the transaction and the date of the expiration of the rescission period.

31. By failing to indicate the date by which the right to cancel had to be exercised Ameriquest failed to give each of the Plaintiffs *"clear and conspicuous"* notice of their right to cancel, in violation of 15 U.S.C. §1635 and 12 C.F.R. § 226.23 and the corresponding provisions of the MCCDA. Accordingly, Plaintiffs are entitled to exercise their extended right to rescind their loans under the TILA.

32. In the alternative, the Plaintiffs allege that any material disclosures deemed to be received by them were nevertheless defective for the following reasons: (1) The One Week Cancellation Period form (see attached Exhibits) detracts from and obfuscates the Notice of Right to Cancel (see attached Exhibits) since it suggests that the consumer has seven days to rescind under TILA, which is not the case. The provision of an ostensibly longer rescission period may cause a consumer to delay past the statutory three days, without recognizing that the extended period is purely contractual without benefit of the TILA damages and protections of § 1635. The One Week Cancellation Period form also provides for a different method of calculating days and requires actual receipt of the notice by Ameriquest within the specified time. The provision of two inconsistent and confusing notices to cancel violates the "clear and

7

conspicuous" disclosures requirement of 15 U.S.C. § 1635 and 12 C.F.R. § 226.23 and the corresponding provisions of the MCCDA.

33. 15 U.S.C. § 1635(g) provides that a court may award damages under section 1640 in addition to rescission. Mass G.L. ch. 140D § 10(g) is identical except for citation.

34. The failure of the Defendants to honor/respond to the notice of rescission is a separate violation of 15 U.S.C. § 1640 (a) entitling the Plaintiffs to an award of statutory damages.

**WHEREFORE**, Plaintiffs request that the Court enter judgment in favor of Plaintiffs and against Defendants as follows:

1. A declaration that Plaintiffs are entitled to rescind;

2. Rescission of the loans;

3. Statutory damages;

4. Attorney's fees, litigation expenses and costs.

5. Such other relief as the Court deems appropriate.

Respectfully submitted,

/s/Christopher M. Lefebvre
Claude Lefebvre, Christopher Lefebvre P.C.
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
chris@lefebvrelaw.com

8

## JURY DEMAND

Plaintiffs demand trial by jury.

/s/Christopher M. Lefebvre

# EXHIBIT  1

## NOTICE OF RIGHT TO CANCEL

LENDER:    Ameriquest Mortgage Company

DATE:  October 12, 2005
LOAN NO.:  0135748085 - 7350
TYPE:    FIXED RATE

BORROWER(S): Jennifer Ann Margaret Chandler

ADDRESS:        20 VILLAGE STREET
CITY/STATE/ZIP:   South Easton,MA 02375

PROPERTY:   20 VILLAGE STREET
               South Easton,   MA   02375

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.   The date of the transaction, which is

| ENTER DOCUMENT SIGNING DATE |
|---|
| |

   or
2.   The date you received your Truth in Lending disclosures;
   or
3.   The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

**Ameriquest Mortgage Company**            ATTN:  **FUNDING**
**1600 S Douglass Rd**                     PHONE: **(714)634-3494**
**Anaheim, CA 92806**                      FAX:    **(800)664-2256**

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

| ENTER FINAL DATE TO CANCEL |
|---|
| |

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____
SIGNATURE                                    DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____            _____
BORROWER/OWNER Jennifer Ann Margaret Chandler     Date       BORROWER/OWNER                           Date

_____            _____
BORROWER/OWNER                      Date       BORROWER/OWNER                           Date

1064-NRC (Rev 11/03)

0000013574808504000050101

**BORROWER COPY**

# EXHIBIT   2

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0135748085 - 7350             Borrower(s): Jennifer Ann Margaret Chandler
Date:  October 12, 2005

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make.  To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.**  No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends.  You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan.  The written statement must be signed and dated by any one borrower.  Your request must be delivered to:

> Ameriquest Mortgage Company
> 1600 S Douglass Rd Anaheim, CA 92806
> ATTN: Funding Department
> Phone: (714)541-9960
> Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____              _____
Borrower/Owner  Jennifer Ann Margaret Chandler       Date

_____              _____
Borrower/Owner                                        Date

_____              _____
Borrower/Owner                                        Date

_____              _____
Borrower/Owner                                        Date

---

## REQUEST TO CANCEL

I/We want to cancel loan #_____.

_____              _____
Borrower/Owner Signature                             Date


0000013574808504042201 01

850 (10/00)

10/12/2005 1:12:52 PM

**BORROWER COPY**

# EXHIBIT  3



*FROM THE OFFICE OF THE*

FAMILY AND CONSUMER LAW CENTER

*WWW.RICONSUMERLAW.COM*

CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

*ATTORNEYS & COUNSELORS AT LAW*

Ameriquest Mortgage Company                August 30, 2006
1600 S. Douglas Road
Anaheim, CA 92806

Re: Notice of Rescission by Jennifer Ann M. Chandler of 20 Village Street, South
Easton, MA 02375; Loan Number: 0135748085; Closing Date: 10/12/2005

To Whom It May Concern:

I represent Jennifer Ann M. Chandler concerning the mortgage loan transaction
she entered into with Ameriquest Mortgage Company on October 12, 2005. Please be
advised that I have been authorized by my client to rescind that transaction and hereby
exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635
and Regulation Z, Section 226.23 and it's Massachusetts counterparts, Massachusetts
Consumer Credit Cost Disclosure Act, Mass G.L. ch. 140D and 209 C.M.R. part 32.

The primary basis for the rescission is that Ms. Chandler was given incomplete
and therefore, inaccurate notice of her right to cancel the above consumer credit contract,
in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23
and the Massachusetts counterparts.

The security interest held by Ameriquest Mortgage Company on the Chandler's
property located at 20 Village Street, South Easton, MA is void as of this rescission.
Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission
to return to my client all monies paid and to take action necessary and appropriate to
terminate the security interest.

Very truly yours,
Jennifer Ann M. Chandler,
By her Attorney,

Christopher M. Lefebvre
P. O. Box 479
Pawtucket, RI 02862

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED

cc: Jennifer Ann M. Chandler

*TWO DEXTER STREET, P.O. BOX 479   PAWTUCKET, RI 02862    PHONE: (401) 728-6060   FAX: (401) 728-6534*

# EXHIBIT 4

## NOTICE OF RIGHT TO CANCEL

LENDER:   Ameriquest Mortgage Company

DATE: May 21, 2004
LOAN NO.:  0079836508 - 7401
TYPE:   ADJUSTABLE RATE

BORROWER(S): MONIME M WILLIAMS     MACKENZIE WILLIAMS

ADDRESS:        235-237 WOOD AVE
CITY/STATE/ZIP:   BOSTON,MA 02136

PROPERTY:   235-237 WOOD AVE
               BOSTON, MA  02136

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.   The date of the transaction, which is

   **ENTER DOCUMENT SIGNING DATE**
                                                              ;

   or
2.   The date you received your Truth in Lending disclosures;
   or
3.   The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

**Ameriquest Mortgage Company**
**1600 S Douglass Rd**
**Anaheim, CA 92806**

ATTN:  **FUNDING**
PHONE: **(714)541-9960**
FAX:    **(800)664-2256**

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must
send the notice no later than MIDNIGHT of

   **ENTER FINAL DATE TO CANCEL**

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____
SIGNATURE                                          DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____     _____     _____     _____
BORROWER/OWNER MONIME M WILLIAMS     Date          BORROWER/OWNER MACKENZIE WILLIAMS     Date

_____     _____     _____     _____
BORROWER/OWNER                        Date          BORROWER/OWNER                        Date

1664-NRC (Rev 11/03)   
                       000000079836508040000050101

**BORROWER COPY**

05/20/2004 6:23:33 PM

# EXHIBIT 5

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0079836508 - 7401          Borrower(s): MONIME M WILLIAMS
Date: May 21, 2004                                                    MACKENZIE WILLIAMS

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

Ameriquest Mortgage Company
1600 S Douglass Rd Anaheim, CA 92806
ATTN: Funding Department
Phone: (714)541-9960
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____            _____
Borrower/Owner  MONIME M WILLIAMS                Date


_____            _____
Borrower/Owner  MACKENZIE WILLIAMS               Date


_____            _____
Borrower/Owner                                               Date


_____            _____
Borrower/Owner                                               Date

| **REQUEST TO CANCEL** | |
|---|---|
| I/We want to cancel loan #_____. | |
| _____  Borrower/Owner Signature | _____  Date |

850 (10/00)          00000079836508040422201 01                     05/20/2004 6:23:33 PM

**BORROWER COPY**

# EXHIBIT 6



*FROM THE OFFICE OF THE*
FAMILY AND CONSUMER LAW CENTER

*WWW.RICONSUMERLAW.COM*
CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

*ATTORNEYS & COUNSELORS AT LAW*

Ameriquest Mortgage Company                  September 18, 2006
1600 S. Douglas Road
Anaheim, CA 92806

Re: Notice of Rescission by Mackenzie Williams of 235-237 Wood Ave., Boston, MA
02136; Loan Number: 0079836508; Closing Date: 05/21/2004

To Whom It May Concern:

      I represent Mackenzie Williams concerning the mortgage loan transaction he and
his wife entered into with Ameriquest Mortgage Company on May 21, 2004. Please be
advised that I have been authorized by my client to rescind that transaction and hereby
exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635
and Regulation Z, Section 226.23 and it's Massachusetts counterparts, Massachusetts
Consumer Credit Cost Disclosure Act, Mass G.L. ch. 140D and 209 C.M.R. part 32.

      The primary basis for the rescission is that Mr. Williams was given incomplete
and therefore, inaccurate notice of his right to cancel the above consumer credit contract,
in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23
and the Massachusetts counterparts.

      The security interest held by Ameriquest Mortgage Company on the Williams'
property located at 235-237 Wood Ave., Boston, MA is void as of this rescission.
Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission
to return to my client all monies paid and to take action necessary and appropriate to
terminate the security interest.

                                Very truly yours,
                                Mackenzie Williams,
                                By his Attorney,

                                Christopher M. Lefebvre
                                P. O. Box 479
                                Pawtucket, RI 02862

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED

cc: Mackenzie Williams

# EXHIBIT 7

# NOTICE OF RIGHT TO CANCEL

LENDER:  Ameriquest Mortgage Company

DATE:  April 3, 2004
LOAN NO.:  0074407149 - 7346
TYPE:  FIXED RATE

BORROWER(S): Anthony Raia        Lorianne Raia

ADDRESS:        38 Eleventh Ave
CITY/STATE/ZIP:   Haverhill, MA 01830

PROPERTY:  38 Eleventh Ave
            Haverhill, MA  01830

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.  The date of the transaction, which is

ENTER DOCUMENT SIGNING DATE

                ;

or

2.  The date you received your Truth in Lending disclosures;
    or
3.  The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1100 Town and Country Road, Suite 200
Orange, CA 92868

ATTN:  FUNDING
PHONE: (714)541-9960
FAX:   (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

ENTER FINAL DATE TO CANCEL

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

**I WISH TO CANCEL**

_____
SIGNATURE                                      DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____                    _____
BORROWER/OWNER Anthony Raia          Date         BORROWER/OWNER Lorianne Raia          Date

_____                    _____
BORROWER/OWNER                        Date         BORROWER/OWNER                        Date

Rbd NRC (Rev 11/03)

0000007-44071490400050101

**BORROWER COPY**

# EXHIBIT 8

## ONE WEEK CANCELLATION PERIOD

Loan Number: 0074407149 - 7346
Date: April 3, 2004

Borrower(s): Anthony Raia
Lorianne Raia

You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason. This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you. No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

Ameriquest Mortgage Company
1100 Town and Country Road, Suite 200 Orange, CA 92868
ATTN: Funding Department
Phone: (714)541-9960
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

Borrower/Owner Anthony Raia _____ Date _____

Borrower/Owner Lorianne Raia _____ Date _____

Borrower/Owner _____ Date _____

Borrower/Owner _____ Date _____

### REQUEST TO CANCEL

I/We want to cancel loan # _____ .

Borrower/Owner Signature _____ Date _____

00000074407149040422010l
850 (10/00)

04/03/2004 9:45:21 AM

**BORROWER COPY**

# EXHIBIT 9



*FROM THE OFFICE OF THE*

## FAMILY AND CONSUMER LAW CENTER

*WWW.RICONSUMERLAW.COM*

CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

*ATTORNEYS & COUNSELORS AT LAW*

July 17, 2006

Ameriquest Mortgage Company
1100 Town and Country Road
Suite 200
Orange, CA 92868

Re:    Notice of Rescission by Anthony Raia and Lorainne Raia of 38 Eleventh Ave.
       Haverhill, MA 01830, Loan Number: 0074407149, Closing Date 04/03/2004.

To Whom It May Concern:

I represent Anthony Raia and Lorainne Raia concerning the mortgage loan transaction they entered into with Ameriquest Mortgage Company on April 3, 2004. Please be advised that I have been authorized by my clients to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Mr. & Mrs. Raia were given incomplete and therefore, inaccurate notices of their right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by Ameriquest Mortgage Company on the Raia's property located at 38 Eleventh Ave. Haverhill, MA is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my clients all monies paid and to take action necessary and appropriate to terminate the security interest.

Very truly yours,
Anthony Raia
Lorainne Raia ,
By their Attorney,

Christopher M. Lefebvre
P. O. Box 479
Pawtucket, RI 02862

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED

cc: Anthony Raia and Lorainne Raia